**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHN BRYANT,**

        **Plaintiff,**

**v.**                                  **Case No: 6:21-cv-1837-PGB-GJK**

**SPINNAKER RESORTS, INC.**
**and KING'S CREEK RESORTS,**
**LLC,**

        **Defendants.**
_____/

## ORDER

This cause comes before the Court on the Defendants' Motion to Transfer Venue. (Doc. 38). Defendants state that there is a substantially similar case already pending in the Eastern District of Virginia,[1] and the instant case does not have any connection to Florida. (*Id.*). Accordingly, Defendants request transfer to the Eastern District of Virginia pursuant to 28 U.S.C. § 1404(a) with Plaintiff's consent.[2] (Doc. 43, p. 1).

In light of the parties' consent to venue in the Eastern District of Virginia, and in light of the substantially similar case already pending in the Eastern District

---

[1]    *Bryant v. King's Creek Plantation, LLC*, No. 4:20-cv-61 (E.D. Va. May 6, 2020).

[2]    "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division to which all parties have consented."

of Virginia, the Court agrees that transfer is proper. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants' Motion to Transfer Venue (Doc. 38) is **GRANTED**.

2. The Clerk of Court is **DIRECTED** to transfer this matter to the United States District Court for the Eastern District of Virginia. The Clerk of Court is further **DIRECTED** to transfer the pending Motion to Dismiss (Doc. 37) with the case.

3. Thereafter, the Clerk of Court is **DIRECTED** to close the case.

**DONE AND ORDERED** in Orlando, Florida on May 13, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties